IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Appellee*, | ) |
| | ) |
| v. | ) Nos. 25-3573, 26-1122 |
| | ) |
| LaMONICA McIVER, | ) |
| | ) |
| *Appellant*. | ) |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

Appellant Congresswoman LaMonica McIver and Appellee the United States of America respectfully move jointly to set a briefing schedule for these consolidated appeals as described below and to have the appeals assigned to the next available panel upon completion of that briefing.

1. On August 15, 2025, Congresswoman McIver moved to dismiss her indictment in the U.S. District Court for the District of New Jersey. Dist. Ct. Dkts. 19-20.

2. On November 13, 2025, the district court denied Congresswoman McIver's motions in part. Dist. Ct. Dkt. 45. Congresswoman McIver timely noticed an appeal of that order on December 29, 2025. Dist. Ct. Dkt. 60. The appeal was docketed as Third Circuit Case No. 25-3573. The Court issued a briefing notice and scheduling order on January 14, 2026.

1

3. On January 5, 2026, the district court denied Congresswoman McIver's motions in remaining part. Dist. Ct. Dkt. 64. Congresswoman McIver timely noticed an appeal of that order on January 20, 2026. Dist. Ct. Dkt. 67. The appeal was docketed as Third Circuit Case No. 26-1122.

4. On January 22, 2026, the Court consolidated Congresswoman McIver's appeals at Nos. 25-3573 and 26-1122 for all purposes. The Court vacated the briefing and scheduling order issued in No. 25-3573 and stated that a new consolidated briefing schedule would be issued at the appropriate time.

5. The parties have conferred in good faith, and counsel for the United States has informed counsel for Congresswoman McIver that the United States intends to file a motion to dismiss certain aspects of Congresswoman McIver's consolidated appeal on jurisdictional grounds. The parties agree that the Court should resolve that partial motion to dismiss before the parties proceed to merits briefing, and that the consolidated appeal should be assigned to the next available panel after briefing on the merits has been completed.

6. Accordingly, the parties jointly propose the following briefing schedule:

| Filing | Due Date |
|---|---|
| Appellee's partial motion to dismiss | February 9, 2026 |
| Appellant's opposition to partial motion to dismiss | February 19, 2026 |
| Appellee's reply in support of partial motion to dismiss | February 26, 2026 |
| Appellant's Brief and Appendix | 30 days from entry of order on motion to dismiss, with no extensions barring extraordinary circumstances. |
| Appellee's Brief and any Supplemental Appendix | 30 days from service of Appellant's Brief, with no extensions barring extraordinary circumstances. |
| Reply Brief | 21 days from service of Appellee's Brief, with no extensions barring extraordinary circumstances. |
| Oral Argument | Assignment to the next available merits panel, upon completion of the merits briefing. |

The parties thank the Court for its consideration.

Date: February 4, 2026

Respectfully submitted,

Todd Blanche
Deputy U.S. Attorney General

Jordan Fox
Chief of Staff & Associate Deputy
 Attorney General
Special Attorney

Mark E. Coyne
Supervisory Assistant U.S. Attorney
Chief, Appeals Division
*Counsel for the United States*

Paul J. Fishman
John M. Fietkiewicz
ARNOLD & PORTER
 KAYE SCHOLER LLP
One Gateway Center | Suite 1025
Newark, NJ 07102
Telephone: 973-776-1901
Paul.Fishman@arnoldporter.com
John.Fietkiewicz@arnoldporter.com
*Counsel for
Congresswoman LaMonica McIver*

4

## CERTIFICATE OF SERVICE

I certify that on February 4, 2026, I electronically filed the foregoing document with the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: February 4, 2026

Paul J. Fishman

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the requirements of Fed. R. App. P. 27(d) because it contains 427 words and is formatted in double-spaced 14-point Times New Roman font.

Dated: February 4, 2026

_____
Paul J. Fishman