UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-062-E

Nos. 25-3573 & 26-1122

United Sates of America

v.

LaMonica McIver,
Appellant

(D.N.J. No. 2:25-cr-00388-001)

Present:   PORTER, FREEMAN, and AMBRO, *Circuit Judges*

1.  Government's Motion to Dismiss Part of Appeal No. 25-3573 for Lack of Appellate Jurisdiction;

2.  Joint Motion to Set Briefing Schedule;

3.  Appellant's Opposition to Motion for Partial Dismissal;

4.  Government's Reply.

Respectfully,
Clerk/sb

_____ORDER_____

The government's motion to dismiss part of appeal No. 25-3573 is REFERRED to the merits panel for consideration after briefing. *See* 3d Cir. I.O.P. 10.3.5. This order does *not* represent a finding of jurisdiction in this matter. As in all cases, the merits panel will make a final determination of jurisdiction. The parties should address jurisdiction in their briefs. *See* Fed. R. App. P. 28(a)(4) & 28(b).

The parties' joint motion to "set briefing schedule" is GRANTED IN PART as follows. These appeals are hereby EXPEDITED. Briefing will proceed under the following peremptory schedule:

Appellant's opening brief and the appendix must be filed within thirty (30) days.

Government's response brief must be filed within thirty (30) days after the opening brief.

Appellant's reply brief must be filed within ten (10) days after the response brief.

Absent extraordinary circumstances, no extensions of these deadlines will be granted.

The Clerk is expected to calendar these appeals before a merits panel of this Court in June or July.

By the Court,

s/ Arianna J. Freeman
Circuit Judge

Dated: February 27, 2026
Sb/cc:   All Counsel of Record