# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA,

v.

LaMONICA McIVER,

*Appellant.*

Nos. 25-3573, 26-1122

## APPELLANT'S MOTION TO SEAL
## PURSUANT TO L.A.R. MISC. 106.1(a)

Appellant Congresswoman LaMonica McIver respectfully moves this Court to maintain under seal Volumes IV and V of her Appendix pursuant to L.A.R. Misc. 106.1(a).

1.   The district court sealed multiple filings in this case. *See* D.Ct.Dkt.43, 50.

2.   The district court sealed certain of those materials "to protect the privacy of the ICE and DHS officers and agents, and other individuals who were present at Delaney Hall on May 9, 2025." D.Ct.Dkt.43 at 2.

3.   The district court sealed additional portions of the record to protect the privacy of "Applicable Agency Personnel and other individuals and to limit the dissemination of sensitive law enforcement policies and procedures of ICE and DHS." D.Ct.Dkt.50 at 2.

4.      The sealed materials from the district court docket have been placed in Volumes IV and V of Congresswoman's Appendix in this appeal.

5.      While the district court's sealing orders are not themselves filed under seal, and are publicly docketed, Dkt. Nos. 43 and 50, Congresswoman McIver has included them in the sealed volumes for the Court's convenience.

6.      Congresswoman McIver respectfully requests that this Court maintain the seal over the materials sealed by the district court by sealing Volumes IV and V of her Appendix.

7.      This Circuit protects materials containing confidential information where public disclosure of that information could negatively affect law enforcement activities. *See, e.g.*, *United States v. Thomas*, 905 F.3d 276, 283 (3d Cir. 2018); *In re Forbes Media LLC*, 2022 WL 17369017, at \*9 (W.D. Pa. Dec. 2, 2022).

8.      The district court concluded that the sealed material in Volumes IV and V of the Appendix reflects confidential law enforcement information and directed that this information be kept confidential because public disclosure would reveal private ICE and DHS information, as well as sensitive law enforcement policies and procedures. *See* D.Ct.Dkt.43, 50.

9.      The district court concluded that the public interest in this

information is outweighed by the government's interest in preserving the confidentiality of the information. *See* D.Ct.Dkt.43, 50.

10.    Congresswoman McIver seeks to seal these materials to preserve the effect of the district court's orders.

Date: March 30, 2026

Respectfully submitted,

Samuel F. Callahan
Orion de Nevers
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave. N.W.
Washington, D.C.  20001

Amanda J. Raines
ARNOLD & PORTER
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019

Paul J. Fishman
Lee M. Cortes, Jr.
John M. Fietkiewicz
ARNOLD & PORTER
KAYE SCHOLER LLP
One Gateway Center, Ste. 1025
Newark, NJ  07102
Tel: (973) 776-1901
paul.fishman@arnoldporter.com

*Counsel for Defendant-Appellant
LaMonica McIver*

## CERTIFICATE OF BAR MEMBERSHIP

I certify that I am a member of the Bar of this Court.

Dated: March 30, 2026

Paul J. Fishman

## CERTIFICATE OF SERVICE

I certify that on March 30, 2026, I electronically filed this motion with the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: March 30, 2026

_____
Paul J. Fishman

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d) because, excluding the parts of the document exempted, it contains 354 words.

2. The document also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office 365 in Times New Roman 14-point font.

3. In accordance with Third Circuit Local Appellate Rule 31.1(c), the document, as electronically filed on March 30, 2026, was scanned with a virus detection program, namely Microsoft Defender (Version 1.399.35.0), and no virus was detected.

Dated: March 30, 2026

_____
Paul J. Fishman