# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## AUDIO/VIDEO SUBMSSION

The parties must use this form to identify all audio and video files included with an appendix. Prior to submitting any files, the parties must open and play each file in Windows Media Player or VLC Media Player.

Case Number(s): 25-3573, 26-1122

Case Caption: USA v. LaMonica McIver

Party Filer: [✓] Appellant/Petitioner [ ] Appellee/Respondent [ ] Amicus/Intervenor

Type of medium: [✓] USB Flash Drive [ ] CD [ ] DVD

Contents/numbers of medium: 12 Video(s) with audio track
9 Video(s) with no audio track
___ Audio file(s)

| File Name | Format of File | Purpose of File |
|---|---|---|
| Ex. A-NEPTZ | .avi | Video file with no audio track |
| Ex. B-CD Axon Body Camera Pre and Arrest | .mp4 | Video file with audio track |
| Ex. C-Axon_Body_4_Video_2025-05-09_1418_D01AA954X | .mp4 | Video file with audio track |
| Ex. D-Axon_Body_4_Video_2025-05-09_1418_D01AA942W | .mp4 | Video file with audio track |
| Ex. E-AG Axon Body Camera BARAKA Enters Gate | .mp4 | Video file with audio track |
| Ex. F-TA Axon Body Camera Pre-Arrest | .mp4 | Video file with audio track |
| Ex. G-AG Axon Body Camera Pre-Arrest | .mp4 | Video file with audio track |
| Ex. H-JR Axon Body Camera Arrest | .mp4 | Video file with audio track |
| Ex. I-AG Axon Body Camera Arrest | .mp4 | Video file with audio track |
| Ex. J-Axon_Body_4_Video_2025-05-09_1547_D01AA739X | .mp4 | Video file with audio track |

(*Use additional page if needed*)

I, the undersigned, hereby certify that the selected medium consists of the listed digital files; that each file was scanned and found to contain no known viruses; that each file opens and plays in Windows Media Player or VLC Media Player; and that each file is either an original exhibit or part of the record, an exact copy of an original exhibit or part of the record, or an exhibit or part of the record that was converted from its original form pursuant to the agreement of the parties to resolve compatibility issues and I agree this conversion did not materially alter content of the exhibit.

Name of counsel or litigant (please print):

Paul J. Fishman
_____

Signature of counsel or litigant:

_____

25-3573, 26-1122
*USA v. LaMonica McIver*

Audio / Visual Submission – CONTINUED

| File Name | Format of File | Purpose of File |
|---|---|---|
| Ex. W-Axon_Body_4_Video_2025-05-09_1415_D01AA350X | .mp4 | Video file with audio track |
| Ex. AA-USA-0000065 | .avi | Video file with no audio track |
| Ex. BB-USA-0000064 | .avi | Video file with no audio track |
| Ex. CC-TARC Axon Body Camera Arrest | .mp4 | Video file with audio track |
| Ex. DD-TA Axon Body Camera Arrest | .mp4 | Video file with audio track |
| Ex. EE-Entry Lot 5-9-25 1448 | .avi | Video file with no audio track |
| Ex. FF-Entry Lot 5-9-25 1459 | .avi | Video file with no audio track |
| Ex. GG-Entry Lot 5-9-25 1506 | .avi | Video file with no audio track |
| Ex. HH-U2 5-9-25 1534 | .avi | Video file with no audio track |

## DIGITAL MEDIA FILES UNDER SEAL

| File Name | Format of File | Purpose of File |
|---|---|---|
| Ex. Z-UNDER SEAL-USA-0000078 | .avi | Video file with no audio track |
| Ex. II-UNDER SEAL-USA-0000069 | .avi | Video file with no audio track |