9:30 A.M.
COURTROOM 2B
WILMINGTON, DE

WEDNESDAY, JUNE 24,2026

Coram: BIBAS, CHUNG and AMBRO, *Circuit Judges*

Nos. 25-3573/26-1122

UNITED STATES OF AMERICA
v.
LAMONICA MCIVER,
Appellant

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| PAUL J. FISHMAN | MARK E. COYNE |
| (15 minutes per Court) | (15 minutes per Court) |

---

No. 25-2576

NAACP DELAWARE STATE CONFERENCE OF BRANCHES
Appellants
v.
CITY OF WILMINGTON, et al.

| Counsel for Appellants | Counsel for Appellee |
|---|---|
| DAVIS RUDOVSKY | KELLY E. FARNAN |
| (15 minutes per Court) | (15 minutes per Court) |