

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*Mark E. Coyne*
*Assistant U.S. Attorney*

*970 Broad Street, 7ʰ floor*
*Newark, New Jersey 07102*

*973-297-2002*

July 14, 2026

Patricia S. Dodszuweit, Clerk
U.S. Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106-1790

    Re:    *United States v. McIver*, Appeal Nos. 25-3573 & 26-1122
            Argued June 24, 2026 before Judges Bibas, Chung and Ambro

Dear Ms. Dodszuweit:

As liaison counsel, I respectfully request to have until 5 p.m. Friday, June 17, to file on behalf of the parties the certified transcript of the June 24 oral argument in this appeal. Lewis Parham of Writer's Cramp, Inc. emailed the draft transcript to me last Monday night. But unfortunately the draft languished in my in box until Thursday night, when I realized I hadn't yet forwarded it to opposing counsel. They received my suggested corrections Saturday afternoon and earlier this afternoon sent me theirs. I expect that we can quickly resolve any differences among the proposed corrections so that Mr. Parham can finalize and certify the transcript in time for me to file it before close of business Friday. I apologize to opposing counsel and the Court for having to make this request, and I greatly appreciate counsel's and the Court's consideration.

                Respectfully submitted,

                ROBERT FRAZER
                UNITED STATES ATTORNEY

        By:    Mark E. Coyne
                Supervisory Assistant U.S. Attorney
                Chief, Appeals Division

cc:    Paul J. Fishman, Esq.
       (by notice of electronic filing)