UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. Nos. 25-3573 & 26-1122

UNITED STATES OF AMERICA,

v.

LAMONICA MCIVER,
                                    Appellant

(D.N.J. No. 2:25-cr-00388-001)


Present:   BIBAS, CHUNG, and AMBRO, Circuit Judges

    Unopposed Motion filed by Appellee for Extension of Time to file certified transcript of oral argument by Friday, July 17, 2026.


                                    Respectfully,

                                    Clerk


_____ORDER_____
    The foregoing motion is granted.


                                    By the Court,

                                    s/Stephanos Bibas
                                    Circuit Judge


Dated: 7/15/26
AR/cc: All Counsel of Record