UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. Nos. 25-3573 & 26-1122

UNITED STATES OF AMERICA,

v.

LAMONICA MCIVER,
Appellant

(D.N.J. No. 2:25-cr-00388-001)

Present: BIBAS, CHUNG, and AMBRO, Circuit Judges

Motion by Appellant to Seal Volumes IV and V Pursuant to LAR Misc. 106.1(a)

Respectfully,

Clerk

ORDER

The foregoing motion is GRANTED.

By the Court,

s/Cindy K. Chung
Circuit Judge

Dated: August 25, 2026
MS/cc: All counsel/parties of record