Nos. 25-3573 & 26-1122

IN THE

# United States Court of Appeals for the Third Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

LAMONICA MCIVER,

*Defendant-Appellant*

On Appeal from the United States District Court
for the District of New Jersey,
No. 25-cr-388 (Semper, J.)

**MOTION BY FORMER PROSECUTORS OF JANUARY 6, 2021 CAPITOL SIEGE CASES FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PETITION FOR REHEARING EN BANC**

In accordance with Federal Rule of Appellate Procedure 29(b)(2), a group of former federal prosecutors of January 6, 2021 Capital Siege cases, by and through undersigned counsel, hereby respectfully moves this Court for leave to file a brief as *Amici Curiae* ("Amici") in support of the above-captioned defendant-appellant's petition for rehearing en banc. In support of this motion, prospective Amici state as follows:

1. Amici are former federal prosecutors who collectively served for

decades within the Department of Justice ("Department").[1] Among other responsibilities, Amici each prosecuted criminal cases arising out of the events at the U.S. Capitol on January 6, 2021, when a crowd of thousands of people attempted to prevent Congress from certifying the results of the 2020 presidential election. Many of those January 6 defendants were charged under the same statute at issue here, 18 U.S.C. § 111, for their egregiously violent assaults against law enforcement officers, which frequently resulted in serious physical injuries. Following a January 2025 Inauguration Day presidential proclamation, however, the government dismissed all pending charges against Capitol Siege defendants, while pardoning all previously convicted defendants. The government is nonetheless prosecuting Congresswoman McIver under § 111(a), for conduct that was far less physical than that on January 6, and which resulted in no injuries to law enforcement officers whatsoever.

2. Given their longstanding federal prosecutorial service, prospective Amici are well-positioned to "assert[] . . . matters [that] are relevant to the disposition of" the petition for rehearing en banc, Fed. R. App. P. 29(a)(3)(B), (b)(3), particularly relating to Congresswoman McIver's claims that her

[1] Amici's names, along with their relevant experience, appear in the Appendix to the proposed brief.

indictment was vindictive and selective. This Court has recognized that "an *amicus* brief can be helpful in elaborating issues properly presented by the parties." *N.J. Retail Merchants Ass'n v. Sidamon-Eristoff*, 669 F.3d 374, 382 n.2 (3d Cir. 2012) (quoting *Universal City Studios, Inc. v. Corley,* 273 F.3d 429, 445 (2d Cir. 2001)). Here, based on their professional experiences, Amici can assist the Court by explaining the many ways in which this prosecution deviated from Department of Justice policies and was unconstitutionally vindictive and selective. Moreover, given their specific involvement in prosecuting January 6 Capitol Siege cases, Amici have a particular interest in supporting the Congresswoman's petition for en banc review of her selective prosecution claim, to afford the full Court an opportunity to correct the district court's serious analytical errors in assessing McIver's claim of selective prosecution *vis-à-vis* her January 6 Capitol Siege defendant-comparators.

3. All parties have consented to the filing of this proposed brief. The brief is also timely submitted, as this motion and the attached brief are being filed on October 16, 2026, seven days after the filing of defendant-appellant's petition for rehearing en banc, which was submitted on October 9, 2026. *See* Fed. R. App. P. 29(b)(6). It also complies with the word limit because it is no more than one-half the length of defendant-appellant's petition. *See* Fed. R.

App. P. 29(b)(5).

Respectfully submitted,

JAMES I. PEARCE
SAMANTHA P. BATEMAN
WASHINGTON LITIGATION GROUP
1717 K St NW, Suite 1120
Washington, D.C. 20006
202-521-8750
jpearce@washingtonlitigationgroup.org
sbateman@washingtonlitigationgroup.org

*Counsel for Amici Curiae*

October 16, 2026

## CERTIFICATION OF BAR MEMBERSHIP

Pursuant to Local R. 28.3(d) and Local R. 46.1(e), I certify that I, James I. Pearce, am admitted as an attorney and counselor of the United States Court of Appeals for the Third Circuit.

/s/ James I. Pearce
JAMES I. PEARCE
WASHINGTON LITIGATION GROUP
1717 K St NW
Suite 1120
Washington, DC 20006
202-521-8750
jpearce@washingtonlitigationgroup.org

October 16, 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g) and Local R. 31.1, I certify the following:

1. This motion complies with Fed. R. App. P. 29(d)(2) because it contains 497 words.

2. This motion complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because it has been prepared in Georgia 14-point font using Microsoft Word 2018.

3. This motion complies with the electronic filing requirements of Local R. 31.1(c) because the text of the electronic motion is identical to the text of the paper copies and because OpenText was run on the file containing the electronic version of this motion and no viruses were detected.

/s/ James I. Pearce
JAMES I. PEARCE
WASHINGTON LITIGATION GROUP
1717 K St NW
Suite 1120
Washington, DC 20006
202-521-8750
jpearce@washingtonlitigationgroup.org

October 16, 2026

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on October 16, 2026. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ James I. Pearce
JAMES I. PEARCE
WASHINGTON LITIGATION GROUP
1717 K St NW
Suite 1120
Washington, DC 20006
202-521-8750
jpearce@washingtonlitigationgroup.org

October 16, 2026