Nos. 25-3573, 26-1122

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**UNITED STATES OF AMERICA**
*Plaintiff-Appellee,*
v.
**LAMONICA MCIVER,**
*Defendant-Appellant*

---

On Appeal from the Order of the United States District Court
for the District of New Jersey
U.S. District Court Action No. 25-cr-0388-JKS

---

# MOTION OF FORMER MEMBERS OF CONGRESS FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF APPELLANT'S PETITION FOR REHEARING *EN BANC*

Harold Craig Becker
Norman L. Eisen
David W. Ogden
Joshua G. Kolb
Democracy Defenders Fund
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
craig@democracydefenders.org
norman@democracydefenders.org
david@democracydefenders.org
joshua@democracydefenders.org

*Counsel for* Amici Curiae

## **MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE***

Pursuant to Federal Rule of Appellate Procedure 29(b)(2) and (b)(3), proposed *amici curiae* twenty bipartisan former Members of Congress (collectively, "*Amici*"), respectfully move for leave to file the accompanying brief in support of Appellant Congresswoman LaMonica McIver's Petition for Rehearing En Banc. The proposed brief is submitted with this motion, complies with the 2,600-word limit of Fed. R. App. P. 29(b)(4), and is filed within the time permitted by Fed. R. App. P. 29(b)(5).

## **INTEREST AND IDENTITY OF *AMICI CURIAE***

*Amici* are twenty bipartisan former Members of Congress—nineteen former Representatives and one former Senator—who filed a brief at the panel stage in support of Congresswoman McIver. *Amici* Br. 6-8, ECF No. 36; Pet. 18, ECF No. 72 (citing ECF No. 36). During their tenures, *amici* routinely engaged in constitutionally and legislatively mandated oversight. *Amici* Br. 1–2. Each has used insights from first-hand oversight to inform committee work and legislation, and have a unique and essential perspective on the application of legislative immunity to Rep. McIver's conduct and the government's prosecution. *Id*. at 11. *Amici* write in support of the petition for rehearing en banc, and attach their panel-stage brief as Exhibit A. It sets out in fuller form the concerns about Congress's oversight function

summarized below—which remain operative despite the panel's decision.[1]

The former members of Congress in support of this brief are:

- Steve Bartlett, Representative of the 3rd Congressional District of Texas from 1983-1991 (R).
- Cori Bush, Representative of the 1st Congressional District of Missouri from 2021-2025 (D).
- Tom Coleman, Representative of the 6th Congressional District of Missouri from 1976-1993 (R).
- Barbara Comstock, Representative of the 10th Congressional District of Virginia from 2015-2019 (R).
- Mickey Edwards, Representative of the 5th Congressional District of Oklahoma from 1977-1993 (R).
- David Emery, Representative of the 1st Congressional District of Maine from 1975-1983 (R).
- Wayne Gilchrest, Representative of the 1st Congressional District of Maryland from 1991-2009 (R).

[1] In accordance with Federal Rule of Appellate Procedure 29, all parties have consented to the filing of this amicus brief. See Fed. R. App. P. 29(a)(2). No party's counsel authored this brief in whole or in part; no party or party's counsel contributed money that was intended to fund preparing or submitting the brief; and no person contributed money that was intended to fund preparing or submitting the brief. See Fed. R. App. P. 29(a)(4)(E).

- Tommy Hartnett, Representative of the 1st Congressional District of South Carolina from 1981-1987 (R).
- John LeBoutillier, Representative of the 6th Congressional District of New York from 1981-1983 (R).
- Claudine Schneider, Representative of the 2nd Congressional District of Rhode Island from 1981-1991 (R)
- Christopher Shays, Representative for the 4th Congressional District of Connecticut from 1987-2009 (R).
- Peter Smith, Representative-at-Large of Vermont from 1989-1991 (R).
- David Trott, Representative of the 11th Congressional District of Michigan from 2015-2019 (R).
- Gordon Humphrey, United States Senator from New Hampshire, 1979-1990 (R).
- Donna Edwards, Representative of the 4th Congressional District of Maryland from 2008-2017 (D).
- William Joseph Walsh, Representative of the 8th Congressional District of Illinois from 2011-2013 (R).
- Bob Inglis, Representative of the 4th Congressional District of South Carolina from 1993-1999 and from 2005-2011 (R).
- Joe Crowley, Representative from New York from 1991-2019 (D).

- Alan Steelman, Representative of the 5th Congressional District of Texas from 1973-1977 (R).
- Hon. Denver Riggleman, Representative of the 5th Congressional District of Virginia from 2019-2021 (R).

## **REASONS THE BRIEF IS DESIRABLE AND RELEVANT TO THE DISPOSITION OF THE PETITION**

*Amici* support rehearing en banc because the concerns about Congress’s Article I oversight function that *amici* raised at the panel stage remain unresolved after the panel’s decision. *See Amici* Br. 2–6, 8–17. The Petition relies on *amici’s* showing that this prosecution “will cast a dangerous chill over Congress's oversight authority.” Pet. 18 (citing ECF 36). The panel recognized that the “central role” of the Speech or Debate Clause is “to prevent intimidation of legislators by the Executive.” Op. 14, ECF No. 63 (quoting *Gravel v. United States*, 408 U.S. 606, 617 (1972)). And in declining to extend separation-of-powers protection beyond the Clause, the panel described the Clause as the Constitution's “explicit provision protecting against the danger of chilling legislative action.” U.S. Const. art. I, § 6, cl. 1; Op. 25. But the rule the panel applied leaves in place the chill *amici* described.

## **CONCLUSION**

For the reasons above, *Amici* respectfully request that the Court grant leave to file the accompanying brief of amici curiae in support of Appellant's Petition for Rehearing En Banc.

Dated: October 16, 2026

Respectfully submitted,

*/s/ Harold Craig Becker*

Harold Craig Becker
Norman L. Eisen
David W. Ogden
Joshua G. Kolb
Democracy Defenders Fund
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
craig@democracydefenders.org
norman@democracydefenders.org
david@democracydefenders.org
joshua@democracydefenders.org

*Counsel for* Amici Curiae

## CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. This brief complies with the requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6) because it has been prepared in 14-point Times New Roman, a proportionally spaced serif font.
2. This brief complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) because it contains 756 words.
3. The text of this electronic brief is identical to the text in the paper copies of the brief.
4. A virus scan was performed on this electronic brief using Microsoft Defender Antivirus, and no virus was detected.
5. I am a member of the bar of this Court.

Dated: October 16, 2026

*/s/ Harold Craig Becker*

Harold Craig Becker
Democracy Defenders Fund
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
craig@democracydefenders.org
*Counsel for* Amici Curiae

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2026, I caused a true copy of the foregoing to be filed through the Court's CM/ECF system, which will automatically serve all counsel of record.

Dated: October 16, 2026

*<u>/s/ Harold Craig Becker</u>*

Harold Craig Becker
Democracy Defenders Fund
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
craig@democracydefenders.org
*Counsel for* Amici Curiae