UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-3573 & 26-1122

UNITED STATES OF AMERICA,

v.

LAMONICA MCIVER,
Appellant

(D.N.J. No. 2:25-cr-00388-001)

Present: CHUNG, Circuit Judge

1. Motion by Form Prosecutors of January 6, 2021 Capitol Siege Cases for Leave to File Amici Curae Brief in Support of Petition of Rehearing En Banc;

2. Motion of American Civil Liberties Union of New Jersey, National Women's Law Center, and NAACP Legal Defense & Educational Fund, Inc. for Leave to File Brief as Amici Curae in Support of Appellant's Petition for Rehearing En Banc;

3. Motino of Former Members of Congress for Leave to File Brief as Amici Curiae in Support of Appellant's Petition for Rehearing En Banc.

Respectfully,

Clerk/sb

ORDER

The foregoing motions are granted.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: October 20, 2026
Sb/cc: All Counsel of Record