UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

Nos. 25-3576 & 26-1122

---

UNITED STATES OF AMERICA

v.

LAMONICA MCIVER,
Appellant

---

(D.C. No. 2:25-cr-00388-001)

---

SUR PETITION FOR REHEARING

---

Present: CHAGARES, Chief Judge, HARDIMAN, RESTREPO, KRAUSE, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, MASCOTT, and AMBRO*, Circuit Judges

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.[1]

BY THE COURT,

s/ Cindy K. Chung
Circuit Judge

Date: November 19, 2026
Sb/cc: All Counsel of Record

---

* Judge Ambro's vote is limited to panel rehearing only.
[1] Judge Restrepo, Judge Krause, and Judge Montgomery-Reeves voted to grant the petition.